substituted for Pearson. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General McGrath* for petitioner. *Harry Mesard* for respondents.

No. 1098. OKLAHOMA *v.* UNITED STATES CIVIL SERVICE COMMISSION. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mac Q. Williamson*, Attorney General of Oklahoma, and *Randell S. Cobb,* First Assistant Attorney General, for petitioner. *Solicitor General McGrath* for respondent.

No. 900. HAUPT *v.* UNITED STATES. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. Petitioner *pro se*. *Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 885. HICKMAN, ADMINISTRATOR, *v.* TAYLOR ET AL., TRADING AS TAYLOR & ANDERSON TOWING & LIGHTERAGE Co., ET AL. See *post,* p. 876.

No. 987. WILSON *v.* UNITED STATES. See *ante,* p. 823.

No. 1143. GARDNER, TRUSTEE, *v.* NEW JERSEY. See *post,* p. 876.

No. 1099. TRAILMOBILE COMPANY ET AL. *v.* WHIRLS. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.